1  **CHARLES WOODSON** (SBN 258791)
   Law Office of Charles Woodson
2  725 Washington Street
   Oakland, California 94607
3  Tel. (510) 302-8780
   Fax. (510) 228-0444
4  cwoodson@cjswlaw.com
5
   Counsel for Defendant
6  **EUGENE DARREL RUTLEDGE**
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11

| | |
|---|---|
| 12  **UNITED STATES OF AMERICA**, | No. 99-cr-40033-CW; 03-cr-40116-CW |
| 13           Plaintiff, | |
| 14      v. | **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S STATUS CONFERENCE REGARDING VIOLATION OF SUPERVISED RELEASE CONDITIONS (FORM 12) SET FOR APRIL 27, 2023 TO 10:30 A.M. ON MAY 12, 2023** |
| 15 | |
| 16  **EUGENE DARREL RUTLEDGE**, | |
| 17           Defendant. | |

   **IT IS HEREBY STIPULATED** by the parties that the presently scheduled status conference regarding the U.S. Probation's Petition ("Form 12") alleging defendant Eugene Rutledge violated the terms of his supervised release scheduled for April 27, 2023 be continued to 10:30 a.m. on May 12, 2023. Dkt. 80. The parties have conferred with Probation who has no objection to continuing the status conference on the Form 12.

   The basis for the request to continue Mr. Rutledge's status hearing is because his counsel is currently in a special circumstances preliminary hearing that is expected to take several days to complete. See *People v. Johnny Ray Jackson*, Case No. 22-cr-014829A, Superior Court of California, Alameda County. In addition, U.S. Probation needs time to confirm information.

**IT IS SO STIPULATED**.

Dated: April 24, 2023                                s/ *Charles Woodson*
                                                    CHARLES WOODSON
                                                    Counsel for Defendant
                                                    EUGENE DARREL RUTLEDGE

Dated: April 24, 2023                                s/ *CW per email authorization*
                                                    KENNETH CHAMBERS, II
                                                    Assistant U.S. Attorney

*United States v. Rutledge,* Stipulation and Order, 99-CR-40033-CW; 03-CR-40116-CW

2

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Status Conference scheduled for 10:30 a.m. on April 27, 2023 to 10:30 a.m. on May 12, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: April 25, 2023

*[signature]*
HON. DONNA M. RYU,
CHIEF MAGISTRATE JUDGE